## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES ORCUTT )<br><br>      Plaintiff, )<br>v. )<br><br>TOYOTA MOTOR SALES, U.S.A., INC.; )<br>TOYOTA MOTOR CORPORATION )<br><br>      Defendants. ) | C.A. No.:  3:13-cv-01455 (MPS) |

## THE PARTIES' JOINT STATUS REPORT

Pursuant to the Court's Order of January 10, 2014 [Docket Entry 16], the parties submit the following joint status report:

**The Status of the Pleadings:**

The defendants have filed Answers to the Plaintiff's Second Amended Complaint.

**The Status of the Initial Disclosures:**

All parties have served initial disclosures and produced documents responsive thereto.

**The Status of Written Discovery:**

The defendants served initial sets of interrogatories, requests for admission and requests for production of documents.  The plaintiff has served responses to this written discovery.  The defendants are reviewing the responses to determine the sufficiency of the responses.

**Depositions:**

The parties will discuss a reasonable schedule for the completion of fact witness depositions.

**Outstanding Issues:**

There are no outstanding issues at this time.

| | |
|---|---|
| **CHARLES ORCUTT** | **TOYOTA MOTOR SALES, U.S.A.** |
| | **And TOYOTA MOTOR CORPORATION** |
| By his attorneys, | By their attorneys, |
| /s/ Samuel M. Radner__ | /s/ Michelle I. Schaffer____ |
| Samuel M. Radner | James M. Campbell (Juris # 09276) |
| The Haymond Law Firm | Michelle I. Schaffer (Juris # 15607) |
| 999 Asylum Avenue | Stephen I. Hansen (Juris # 29340) |
| Hartford, CT 06105 | Campbell Campbell Edwards & Conroy |
| P: (860) 728-5672 | One Constitution Center, 3rd Fl. |
| sradner@haymondlaw.com | Boston, MA  02129 |
| | T:  617-241-3000 |
| | jmcampbell@campbell-trial-lawyers.com |
| | mschaffer@campbell-trial-lawyers.com |
| | shansen@campbell-trial-lawyers.com |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 6, 2014 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Samuel M. Radner, Esq. (Juris # 26863)
The Haymond Law Firm
999 Asylum Avenue
Hartford, CT 06105

/s/ Michelle I. Schaffer_____
Michelle I. Schaffer